UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SEGUNDO CEDILLO, MANUEL E.
BERREZUETYA, and GERMAN
MOROCHO CHINCHILIMA, on behalf of
themselves, and others similarly situated,

                        Plaintiffs

                - against -                    **ORDER ADOPTING REPORT**
                                                    **AND RECOMMENDATION**

JANBAR, INC., JANUSZ BARTNICKI, and          18-CV-3153 (RJD) (JO)
MARCIN BOLESTA

                      Defendants.
------------------------------------------------------------ x

DEARIE, District Judge

        There being no objections to Magistrate Judge Orenstein's Report & Recommendation dated February 28, 2019, recommending approval of the parties' proposed settlement, the Court adopts the Report & Recommendation in its entirety. Accordingly, the Court hereby grants the parties' Joint Motion for Approval of the FLSA Settlement and Dismissal, ECF No. 18, as modified by the Revised Settlement Agreement filed on February 19, 2019, ECF No. 20,

SO ORDERED.

Dated: Brooklyn, New York
         March 15, 2019

                                                        s/ Raymond J. Dearie
                                                        RAYMOND J. DEARIE
                                                        United States District Judge